**Gabriel VAZQUEZ; Maria Del Soccorro Merlos Bautista, Petitioners,**

**v.**

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 06–72253.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Gabriel Vazquez, Fontana, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

**106**

Maria Del Soccorro Merlos Bautista, Fontana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Michele Y.F. Sarko, Esq., Carol Federighi, Esq., R. Alexander Goring, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Gabriel Vazquez and Maria Del Soccorro Merlos Bautista, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reconsider. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Oh v. Gonzales,* 406 F.3d 611, 612 (9th Cir.2005), and review de novo due process claims, *Ram v. INS,* 243 F.3d 510, 516 (9th Cir. 2001). We deny the petition for review.

The BIA did not violate petitioners' due process rights and was within its discretion in denying petitioners' motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision affirming the IJ's order denying cancellation of removal. *See* 8 C.F.R. § 1003.2(b)(1); *Socop–Gonzalez v. INS,*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

272 F.3d 1176, 1180 n. 2 (9th Cir.2001) (en banc).

**PETITION FOR REVIEW DENIED.**